NO: 01-14-00334-CR
5-27-15

IN The Court OF Criminal Appeals
OF Austin Texas

No 1360307

IN The 180th District Court
OF HARRIS County Texas

RuBen FerNaNDez
APPellant

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

V. S

The State of Texas

Motion FoR ExtenSion oF Time
To File A Petition FoR Discretionary Review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

Appeal Court. No. 01-14-00334-CR.

District Court 180th HARRIS County Tx No. 1360307

MAY 27. 2015

## Motion For Extension of Time To File A Petition For Discretionary Review.

Come Now RUBEN FERNANDEZ Petitioner in The Above CAPtioned And Numbered Cause Pro. SE. MAKing A Request To The Court. FOR A Extension. of 90 DAYS To File A Petition FOR Discretionary Review. in This case MY Case WAS Affirmed in The Court OF APPeal FoR The First District of Texas. I AM Requesting This Extension in order That I MAY Recieve. MY Thial Transcript And Prepare A PDR.

## Prayer For ReLief

Wherefore Petitioner Pray This Court To Consider. This Request FoR Extension. of Time And Grant Petitoner Request

Granted _____

Denied